AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

STEVIE SHIELDS,

       Plaintiff,

V.

FIRST MAGNUS FINANCIAL
CORPORATION, et al.,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00641-RCJ-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss Due to Plaintiff's Failure to Post Bond (ECF No. 53) is GRANTED. IT IS FURTHER ORDERED that the injunction is dissolved for lack of equity, Defendants may proceed with foreclosure without further judicial action. IT IS FURTHER ORDERED that this case is DISMISSED.

  5/26/2011                                               **LANCE S. WILSON**
                                                                           Clerk

                                                                       /s/ P. McDonald
                                                                       Deputy Clerk